## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| CITY OF BETHLEHEM | : | No. 451 MAL 2018 |
| | : | |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| | : | |
| ALVIN S. KANOFSKY, UNITED STATES | : | |
| OF AMERICA | : | |
| | : | |
| | : | |
| PETITION OF: ALVIN S. KANOFSKY | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 3rd day of January, 2019, the Petition for Allowance of Appeal is **DENIED**.